UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLYCOM, INC. and POLYCOM ISRAEL, LTD.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CODIAN LTD. AND CODIAN INC.,<br><br>    Defendants.<br><br>CODIAN LTD. AND CODIAN INC.,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>POLYCOM, INC. and POLYCOM ISRAEL, LTD.,<br><br>    Counterclaim Defendants. | Civil Action No. 2-05CV-520 DF<br><br>JURY |

## CONSENT JUDGMENT

This matter having come before the Court and it being represented that Plaintiffs and Counterclaim Defendants Polycom, Inc. and Polycom Israel, Ltd. (collectively, "Polycom") and Defendants and Counterclaim Plaintiffs Codian Ltd. and Codian Inc. (collectively, "Codian") have entered into a Settlement Agreement:

Based upon the agreement, consent, and approval of the parties, **IT IS HEREBY ORDERED** that:

(1)    This Court has jurisdiction over the parties and the subject matter of this action.

(2)    Codian agrees that United States Patent Nos. 6,496,216, 6,757,005, 6,697,476, 6,760,749, 6,744,460, and 6,633,985 are valid and enforceable.

1630133.

- 2 -

(3) All claims and counterclaims asserted by each party against the other in this action are hereby dismissed with prejudice.

(4) Each party shall bear its own attorneys' fees and costs.

**SIGNED this 14th day of February, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE